## ANNA DEPTULA
*vs.*
## WLADYSLAW WASZIEWICZ

Superior Court      Hartford County      File No. 60480

MEMORANDUM FILED OCTOBER 7, 1940.

*Monroe S. Gordon,* of New Britain, and *Samuel Rosenthal,* of Hartford, for the Plaintiff.

*Francis B. Keeler,* of New Britain, for the Defendant.

FOSTER, J. Liability of the defendant in this case is admitted by the defendant.

The plaintiff is a widow and lives with her three children. Her occupation is that of housework for herself and children. She testified through an interpreter.

On April 16, 1939, she fell down a flight of stairs. She suffered shock and contusions of the right shoulder, right elbow and right side of her chest. Later a traumatic pleurisy developed. She was confined to her bed about four weeks. The pleurisy disappeared in about six weeks. She suffered much pain and discomfort. She suffered a total disability for four or five months. Her doctor's bill was $84.

Judgment is rendered that the plaintiff recover from the defendant damages of $834.